United States District Court
Southern District of Texas
**ENTERED**
August 21, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

| | | |
|---|---|---|
| JUAN FRANCISCO GUZMAN AYALA,<br>"Petitioner," | § | |
| v. | § | Civil Action No. 1:26-cv-00896 |
| MARKWAYNE MULLIN, *et al.,*<br>*in their official capacities,*<br>"Respondents." | § | |

**ORDER**

Before the Court is Petitioner's "Petition for Writ of Habeas Corpus" (Dkt. No. 1) ("Petition") and Petitioner's "Emergency Motion For Temporary Restraining Order" (Dkt. No. 2) ("MTRO"). To expedite the Court's review, Respondents are **ORDERED** to submit a response to the Petition and MTRO **on or before September 4, 2026**.

The Clerk of the Court is **DIRECTED** to deliver copies of the Petition (Dkt. No. 1), the MTRO (Dkt. No. 2), and this Order to the United States Attorney for the Southern District of Texas by electronic mail to USATXS.CivilNotice@usdoj.gov.

SIGNED this August 21, 2026

Rolando Olvera
United States District Judge