United States District Court
Southern District of Texas
**ENTERED**
November 23, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JUAN FRANCISCO GUZMAN AYALA, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 1:26-CV-00896 |
| | § | |
| MARKWAYNE MULLIN, *et al.*, | § | |
| | § | |
| Respondents. | § | |

## ORDER

Before the Court is the "Petitioner's Opposed Motion for Voluntary Dismissal Without Prejudice" under Fed. R. Civ. P. 41(a)(2) (Dkt. No. 10) ("Motion").

It is **ORDERED** that Petitioner's Motion is **GRANTED**. Pursuant to Fed. R. Civ. P. 41(a)(2), Petitioner's claims against Respondent are **DISMISSED** without prejudice. All pending motions, petitions, and other requests for relief are **DENIED** as moot. The Clerk of the Court is hereby **ORDERED** to close this case.

SIGNED this November 23, 2026

Rolando Olvera
United States District Judge